| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) Bea, Carlos T. | 2. Court or Organization Court of Appeals, 9th Circuit | | 3. Date of Report 5/15/05 |
|---|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge, (Active) | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial _x_ Annual ___ Final | | 6. Reporting Period 1/1/04 to 12/31/04 |
| 7. Chambers or Office Address 95 Seventh Street San Francisco, CA 94103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | | |

*IMPORTANT NOTES. The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 ██████████ | ██████████████ |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 1/23/90 | Judges Retirement System (State of California) PERS |
| 2 1/23/90 | City and County of San Francisco Deferred Compensation Plan (Aetna) |
| 3 10/7/03 | U.S. Court of Appeals Thrift Savings Plan |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| 1 | 2004 | ████████████ | $ 68,048.00 |
| 2 | 2004 | Judges Retirement System 10/4/04 - 12/31/03 | $ 78,193.00 |
| 3 | 2004 | United States Court of Appeals for the Ninth Circuit, San Francisco | $ 143,881.00 |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☒ NONE (No reportable non-investment income.)

1

2

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

### (CONTINUATION)
From P. 1, III. Non-Investment Income, A.

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| 4) | 2004 | ING Life Ins & Annuity | $ 4,261.00 |
| 5) | 2004 | IRA Rollover | 22,657.00 |
| 6) | 2004 | IRA | 23,920.00 |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| REA, CARLOS T. | 5/15/05 |

## IV. REIMBURSEMENTS — Transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| x | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| x | NONE (No such reportable gifts.) | | |
| 1 | | | S |
| 2 | | | S |
| 3 | | | S |
| 4 | | | S |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Visa Credit Cards, First USA Bank, N.A. per license from Visa U.S.A. | Charges for living expenses, including travel and tuition charges | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000
N=$250,001-$500,000     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000     P3=25,000,001-50,000,000     P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 California | A | Rent | L | S | | | | | |
| 2 Dodge & Cox Stock Fund | D | Dividend | O | T | Redeved sell | 12/29 | K | E | N/A |
| 3 Vanguard Calif. Inter. Tax Exempt | E | Div | N | T | | | | | |
| 4 UBS PaineWebber Cash Fund, Inc. | A | Interest | J | T | | | | | |
| 5 Russell 1000 Value (IWD) | D | Dividend | N | T | Sell | 10/21 | K | A | Estuary Boathouse Fund |
| 6 Franklin Templeton Cal Tax Exempt Fund CB | B | Dividend | M | T | | | | | |
| 7 Franklin Templeton Cal Tax Free Fund LB | C | Dividend | M | T | | | | | |
| 8 Bedford Ppty Inv. ("bed" NYSE) | D | Dividend | J | T | Sell | 12/29 | N | F | |
| 9 Cal St Dept Wtr Res 5.9% '05 | C | Interest | L | T | | | | | |
| 10 Cal St G.O. Ambac 5.5% '09 | C | Interest | L | T | | | | | |
| 11 Cal St Veteran GO 5.75% '10 | C | Interest | L | T | | | | | |
| 12 Fresno Ca Jt Pwrs FNG 4% '03 | C | Interest | L | T | | | | | |
| 13 Lassen Ca Mun Util Rev RSA 4.5% '11 | C | Interest | L | T | | | | | |
| 14 Los Angeles Co Met Serv 6% '11 | C | Interest | L | T | | | | | |
| 15 San Diego Cnty partn'r rf ambac 5.25% '05 | C | Interest | L | T | | | | | |
| 16 San Fran Ca Int'l Airport 4% '10 | C | Interest | L | T | | | | | |
| 17 San Mateo Cnty Jr. Pwr 3.6% '09 | C | Interest | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BEA, CARLOS T. | 5/15/05 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 | (RA-Ford Motor Credit 6.875% '06 | C | Interest | L | T | | | | | |
| 19 | Genl Motors Corp 7.1% '06 | C | Interest | L | T | | | | | |
| 20 | Target Corp Notes 6.35% '11 | C | Interest | L | T | | | | | |
| 21 | US Tsy Note 3.25% '07 | B | Interest | M | T | | | | | |
| 22 | US Tsy Note 5.0% '11 | D | Interest | M | T | | | | | |
| 23 | US Tsy Note 5.5% '09 | D | Interest | M | T | | | | | |
| 24 | US Tsy Note 6.125% '07 | C | Interest | M | T | | | | | |
| 25 | Ford Motor Credit 6.875% '06 | C | Interest | K | T | | | | | |
| 26 | Genl Motors Corp 7.1% | C | Interest | L | T | | | | | |
| 27 | Target Corp NTS 6.35% '11 | C | Interest | L | T | | | | | |
| 28 | US Tsy Note 5.0% '11 | C | Interest | M | T | | | | | |
| 29 | US Tsy Note 5.5% '09 | D | Interest | M | T | | | | | |
| 30 | ▮▮▮▮▮▮▮▮ | G | Distribution | O | S | | | | | |
| 31 | Himmer/WinNlad III Ltd Part | A | Distribution | K | W | | | | | |
| 32 | F&F Flair Center El Monte, Ltd Part | C | Distribution | K | W | | | | | |
| 33 | Ross Stores | A | Dividend | J | T | Sell | 8/23 | L | D | N/A |
| 34 | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting BEA, CARLOS T. | Date of Report 5/15/2005 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part 7: Assessment ███████████ by Los Angeles County Assessor for tax year 2002-2003 was $1,853,053 for entire property.

Filer owns 45% of partnership, which owns the land and buildings.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████          Date ___MAR – 2 2005___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544